NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3127

KELLY S. JENNINGS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in
CB7521070026-T-1.

## O R D E R

Upon consideration of the Social Security Administration's unopposed motion for

a 17-day extension of time, until March 5, 2010, to file a response to Kelly S. Jennings'

motion for a stay of proceedings,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>MAR 1 0 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Norman H. Jackman, Esq.
      Austin M. Fulk, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK